IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00477-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     DENNIS OSHEA,

    Defendant.
_____

## PRELIMINARY ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure. The Court having read said Motion and being fully advised in the premise finds:

On February 25, 2013, the United States and defendant Dennis Oshea entered into a Plea Agreement which provides both sufficient factual basis and legal cause to issue a forfeiture order under 21 U.S.C § 853 and Fed. R. Crim. P. 32.2. (Doc. 4)

THAT the requisite nexus exists between the 2005 Ford Explorer VIN 1FMZU73K05UB30406, and 2012 Kawasaki Moto Cross KX 450F Motorcycle VIN JKAKXGFC3CA004597, and the offenses to which defendant Dennis Oshea has pled.

1

THAT prior to the disposition of the assets, the United States Marshals Service, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n).

THAT defendant Dennis Oshea, by and through counsel, Mr. Richard Korecki, Esq., has no objection to the issuance of the requested Preliminary Order of Forfeiture.

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant's interest in the following:

    a. 2005 Ford Explorer VIN 1FMZU73K05UB30406; and

    b. 2012 Kawasaki Moto Cross KX 450F Motorcycle VIN JKAKXGFC3CA004597

is forfeited to the United States in accordance with 21 U.S.C § 853. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States Marshals Service or the designated sub-custodian is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C § 853 and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings. Fed. R. Crim. P. 32.2(e)(1).

THAT this Preliminary Order of Forfeiture may be amended pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure.

SO ORDERED this 15th day of April, 2013.

BY THE COURT:

_____
JUDGE R. BROOKE JACKSON