IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF COLORADO
                           **JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: May 7, 2013 |
| Court Reporter:     Kara Spitler | Probation: Justine L. Kozak |

Criminal Action No. 12-cr-00477-RBJ

*Parties*:                                              *Counsel*:

UNITED STATES OF AMERICA,          Bradley W. Giles

     Plaintiff,

v.

2.  JACOB HERNANDEZ,                 Matthew K. Belcher

     Defendant.

                              **SENTENCING MINUTES**

**08:45 a.m.**     **Court in Session**

Appearances of counsel.

Defendant is present and on bond.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea onto Count One of the Information on January 29, 2013

Statement by defendant's mother, Lisa Hernandez

**ORDERED:  Defendant's Motion for Downward Variance [45] is GRANTED IN PART AND DENIED IN PART**.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant Jacob Hernandez is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 12 months and one day.**

**The Court recommends that the Bureau of Prisons place the defendant at a facility in Colorado.**

The Court RECOMMENDS that defendant receive credit for 36 days spent in custody.

**ORDERED:  Upon release from imprisonment defendant is placed on supervised release for a term of one year.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.**

**ORDERED:  And while on supervised release defendant shall not commit another federal state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and the defendant must comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:  The special assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:  Defendant has no ability to pay a fine, and the fine is waived.**

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:** **The defendant's bond is continued.**

**The defendant shall surrender at the institution designated by the Bureau of Prisons once he has been notified of the location and date to report.**

09:10.m.   Court in Recess
           Hearing concluded
           Time: 25 minutes